NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**OLE K. NILSSEN,**
*Plaintiff,*

**and**

**GEO FOUNDATION, LTD.,**
*Plaintiff-Appellant.*

**v.**

**WAL-MART STORES, INC.,**
*Defendant-Appellee,*

**and**

**COSTCO WHOLESALE CORP.,**
*Defendant-Appellee.*

**and**

**MENARD, INC., ACE HARDWARE CORP.,**
**TRUSERV CORPORATION, AND HOME DEPOT,**
**INC.,**
*Defendants,*

**and**

**LOWE'S HOME CENTERS, INC.,**
*Defendant-Appellee.*

**and**

**IKEA ILLINOIS, LLC.,**
*Defendant-Appellee,*

———————————

2010-1139

———————————

Appeal from the United States District Court for the Northern District of Illinois in No. 04-CV-5363, Judge Robert W. Gettleman.

---

**JUDGMENT**

---

LELAND W. HUTCHINSON, JR., Freeborn & Peters, LLP, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief was JONATHAN HILL.

ANTHONY J. FITZPATRICK, Duane Morris, LLP, of Boston, Massachusetts, argued for all defendants-appellees. With him on the brief was CHRISTOPHER S. KROON for Costco Wholesale Corporation. Also on the brief were GARY W. SMITH, Posternak Blankstein & Lund, LLP, of Boston, Massachusetts, for Wal-Mart Stores, Inc.; KIMBALL R. ANDERSON, and KATHLEEN B. BARRY, Winston & Strawn, LLP, of Chicago, Illinois, for Lowes's Home Centers, Inc., and BUREDEN J. WARREN, McDermott Will & Emery, LLP, of Washington, DC, for IKEA, Illinois, LLC. Of counsel was MARGARET M. DUNCAN, for IKEA, Illinois, LLC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and PROST, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2011          /s/ Jan Horbaly
        Date                       Jan Horbaly
                                       Clerk